IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TARRANCE GREEN, #033584**, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:08-CV-2287-L** |
| | § | |
| **CONNIE MAYFIELD, et al.**, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, filed January 9, 2009. Plaintiff did not file objections.

This is a *pro se* section 1983 case. Plaintiff contends that he is being illegally confined in violation of the Eighth and Fourteenth Amendments because Defendant Judge Connie Mayfield set an excessive bond. He asserts claims against Judge Mayfield, Navarro County District Attorney Lowell Thompson, and Navarro County Sheriff Lesley Cotten. The magistrate judge found that Plaintiff has failed to state a claim against Judge Mayfield because she has immunity from this claim. She also determined that Plaintiff's claims against Thompson and Cotten fail because he has not made any allegation that these Defendants were personally involved in any constitutional violation or that their acts were causally connected to the alleged constitutional violation, and that setting bail is a purely discretionary judicial function. Accordingly, the magistrate judge recommends dismissing Plaintiff's action with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) for failure of Plaintiff to state a claim upon which relief can be granted and for seeking monetary relief against Defendants who are immune from such relief.

Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court. Accordingly, the court **dismisses** Plaintiff's action **with prejudice**.

**It is so ordered** this 29th day of January, 2009.

Sam A. Lindsay
United States District Judge